427 A.2d 253

Exxon Corp. v. Compostella et al, Appellants.

Argued March 17, 1980. George J. O'Neill, for appellants; John M. Phelan, for appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.
Order affirmed.